No. 83–6801. BERMUDEZ *v.* REID, SUPERINTENDENT, FISH- KILL CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Motion of Robert M. Morgenthau, District Attorney, New York County, for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 83–6830. BIRT *v.* MONTGOMERY, WARDEN. C. A. 11th Cir. Certiorari denied. JUSTICE MARSHALL would grant certiorari.

No. 84–3. SWAIDA *v.* IBM RETIREMENT PLAN ET AL. C. A. 2d Cir. Certiorari denied. JUSTICE BLACKMUN and JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 84–72. AT&T TECHNOLOGIES, INC. *v.* BLIM ET AL. C. A. 10th Cir. Certiorari denied. JUSTICE POWELL and JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 84–99. COHEN *v.* PRESIDENT AND FELLOWS OF HARVARD UNIVERSITY ET AL. C. A. 1st Cir. Certiorari denied. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 84–105. FINE ET AL. *v.* BELLEFONTE UNDERWRITERS INSURANCE CO. C. A. 2d Cir. Motion of Municipal Art Society of New York for leave to file a brief as *amicus curiae* granted. Certiorari denied.